UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA OCALA DIVISION

CASE NO:  5:20-CV-173-OC-30PRL

SCHARON FLUITT,

      Plaintiff,

vs.

DOLLAR TREE STORES, INC. and
SANDY MEINHART,

      Defendants.

_____ /

### PLAINTIFFS' RULE 26(a)(2) EXPERT WITNESS DISCLOSURES

    Plaintiff, SCHARON FLUITT, by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 26(a)(2), hereby serve their Expert Witness Disclosures:

**A. Retained Experts**

1. Sean M. Mahan, M.D.
   EliteRAD Radiology Service, Inc.
   5840 Red Bug Lake Road
   Suite 185
   Winter Springs, FL 32708

   a. A complete statement of all opinions the witness will likely express and the basis and reasons for them is contained in the medical records reporting findings of radiographic imaging;
   b. the facts or data considered by the witness in forming them are contained in said reports;
   c. Exhibits to be relied upon are referenced in the reports and/or referenced in Plaintiff's Rule 26 Disclosures;
   d. Exhibits to be relied upon are referenced in the reports and/or referenced in Plaintiff's Rule 26 Disclosures;
   e. Please see attached CV for Qualifications and publications;
   f. List of prior involvement in witness testimony over the past 4 years as expert has not yet been compiled but will be supplemented upon completion.
   g. Compensation paid to date is $0 retainer; additional compensation is anticipated and will be supplemented as time of service in preparing reports not yet completed.

B. **Treating Experts**

1. Elizabeth Trinidad, M.D.
   Spine & Orthopedic Specialist of Central Florida
   1936 Salk Avenue
   Tavares, FL 32778-4310
   Ph:  352-508-7370

   Treated Plaintiff in the orthopedic/neurology clinic and performed surgery on Plaintiff; and is anticipated to testify in the area of orthopedic/neurological surgery, as it relates to the Plaintiff's presentation and causation and damages; reports which are the basis of the opinions have been provided.

2. Brad McCollom, D.O.
   Spine & Orthopedic Specialist of Central Florida
   1936 Salk Avenue
   Tavares, FL 32778-4310
   Ph:  352-508-7370

   Treated Plaintiff in the orthopedic/neurology clinic; and is anticipated to testify in the area of orthopedics/neurology, as it relates to the Plaintiff's presentation and causation and damages; reports which are the basis of the opinions have been provided.

3. Rafael Allende, M.D.
   The Neurohealth Sciences Center
   305 N. Mangoustine Avenue
   Suite 100
   Sanford, FL 32771
   Ph: 407-833-7505

   Treated Plaintiff in the neurology clinic and is anticipated to testify in the area of spinal neurology as it relates to the Plaintiff's initial and continued treatment, and causation and damages; reports which are the basis of the opinions have been provided.

4. R. Kim Etheredge, D.C.
   Etheredge Chiropractic
   3261 US Hwy 441/27
   Fruitland Park, FL 34731
   Ph:  352-365-1191

Treated Plaintiff in the chiropractic clinic and is anticipated to testify in the area of chiropractic care, as it relates to the Plaintiff's initial and continued treatment, and causation and damages; reports which are the basis of the opinions have been provided.

5. Adel Abdalla, M.D.
   Marion County Diagnostic & Imaging Center
   10762 US Hwy. 441
   Belleview, FL 34420
   Ph: 352-307-5070

   Treated Plaintiff in the diagnostic imaging center and is anticipated to testify in the area of radiological imaging and evaluation, as it relates to the Plaintiff's initial presentation and causation and damages; reports which are the basis of the opinions have been provided.

6. Harriett Smith-Mckinney, PA
   Express Care of Leesburg
   2500 Citrus Boulevard
   Leesburg, FL 34748

   Treated Plaintiff as her primary care physician and is anticipated to testify in the area of general medicine, as it relates to Plaintiff's initial presentation and causation and damages; reports which are the basis of the opinions have been provided.

7. Donal J. Spry, M.D.
   The Villages Regional Hospital
   1451 El Camino Real
   The Villages, FL 32159

   Treated Plaintiff in the hospital and is anticipated to testify in the area of emergency medicine, as it relates to the Plaintiff's initial presentation and causation and damages; reports which are the basis of the opinions have been provided.

8. Edward Lucas, M.D.
   The Villages Regional Hospital
   1451 El Camino Real
   The Villages, FL 32159

Treated Plaintiff in the hospital and is anticipated to testify in the area of emergency medicine, as it relates to the Plaintiff's initial presentation and causation and damages; reports which are the basis of the opinions have been provided.

9. Pairoj S. Chang, M.D.
   The Villages Regional Hospital
   Radiology Department
   1451 El Camino Real
   The Villages, FL 32159

   Treated Plaintiff in the radiology department of the hospital and is anticipated to testify in the area of radiological imaging and evaluation, as it relates to the Plaintiff's initial presentation and causation and damages; reports which are the basis of the opinions have been provided.

10. Timothy Bundy, DO, FAABPMR, DAOBPMR, DAOBPMRPM, MCIME, CLCP, ATC
    Interventional Associates, LLC
    225 West SR434
    Suite 203
    Longwood, FL 32750
    Ph: 407-608-5638

    Treated Plaintiff in the pain management clinic and is anticipated to testify in the area of pain management/medicine, as it relates to the Plaintiff's initial presentation, causation and damages, future medical treatment; reports which are the basis of the opinions have been provided.

11. Shawn McGargill, M.D.
    UF Health Orthopaedics – Haile Plantation
    Department of Orthopaedics and Rehabilitation
    Division of Physical Medicine and Rehabilitation Spine
    2846 SW 87th Way
    Gainesville, FL 32608
    Ph: 352-273-7001

    Treated Plaintiff in the orthopedic clinic and is anticipated to testify in the area of orthopedics, as it relates to the Plaintiff's initial presentation, causation and damages; reports which are the basis of the opinions have been provided.

12. Daniel Curtis Herman, MD, PhD
    UF Health Department of Orthopaedics and Rehabilitation
    Division of Sports Medicine
    3450 Hull Road
    Gainesville, FL 32607-4144
    Ph: 352-273-7001

    Treated Plaintiff in the orthopaedic clinic for her knee and is anticipated to testify in the area of orthopedics, as it relates to the Plaintiff's initial presentation, causation and damages; reports which are the basis of the opinions have been provided.

13. Joseph John King, III, M.D.
    Shands at the University of Florida
    Department of Orthopaedic Surgery
    1600 SW Archer Road
    Gainesville, FL 32610

    Treated Plaintiff in the orthopedic clinic and performed surgery on Plaintiff; and is anticipated to testify in the area of orthopedic surgery, as it relates to the Plaintiff's presentation and causation and damages; reports which are the basis of the opinions have been provided.

14. Michael Championois Knight, DO
    Shands at the University of Florida
    1600 SW Archer Road
    Gainesville, FL 32610

    Treated Plaintiff in the orthopedic clinic; and is anticipated to testify in the area of orthopedics, as it relates to the Plaintiff's presentation and causation and damages; reports which are the basis of the opinions have been provided.

15. Justin Travis Deen, M.D.
    Shands at the University of Florida
    Department of Orthopaedics
    Division of Adult Reconstruction
    3450 Hull Road
    Gainesville, FL 32607
    Ph: 352-273-7001

Treated Plaintiff in the orthopedic clinic; and is anticipated to testify in the area of orthopedics, as it relates to the Plaintiff's presentation and causation and damages; reports which are the basis of the opinions have been provided.

16. Mariel Delos Santos, PT
    AdventHealth Waterman Rehabilitation Institute
    3140 Waterman Way
    Tavares, FL 32778
    Ph:  352-253-3892

    Treated Plaintiff in the physical therapy clinic; and is anticipated to testify in the area of physical therapy care, as it relates to the Plaintiff's initial and continued treatment, causation and damages; reports which are the basis of the opinions have been provided.

17. Ivan Christopher Davis, M.D.
    Shands at the University of Florida – Radiology
    1600 SW Archer Road
    Gainesville, FL 32605

    Treated Plaintiff in the radiology department and is anticipated to testify in the area of radiological imaging and evaluation, as it relates to the Plaintiff's initial and continued treatment, causation and damages; reports which are the basis of the opinions have been provided.

18. Anit Rastogi, M.D.
    Shands at the University of Florida – Radiology
    1600 SW Archer Road
    Gainesville, FL 32605

    Treated Plaintiff in the radiology department and is anticipated to testify in the area of radiological imaging and evaluation, as it relates to the Plaintiff's initial and continued treatment, causation and damages; reports which are the basis of the opinions have been provided.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 11, 2021,** I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal.  I further certify that Pursuant to Rule 2.516(b)(1) I forwarded the foregoing this same day via Email to:  MELISSA D.

CROWLEY, ESQ and ELISA K. SCHNEIDER, Esq., COLE, SCOTT & KISSANE, P.A.,Tower Place, Suite 400, 1900 Summit Tower Boulevard Orlando, Florida 32810 {melissa.crowley@csklegal.com; elisa.schneider@csklegal.com; anna.ortega@csklegal.com}.

/s/ Travis J. Stulz
Travis J. Stulz, Esq.
FBN 112203
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Telephone:     (689) 219-2082
Facsimile:     (689) 219-2182
Primary email: tstulz@forthepeople.com
Secondary email: spatercsak@forthepeople.com
Attorneys for Plaintiff

# Curriculum Vitae
## EliteRAD Radiology Service, Inc.

**Reading Physician: Sean M. Mahan, M.D.**

EDUCATION:

| | |
|---|---|
| 7/1/95 to 6/30/96 | Fellowship Musculoskeletal and Body Imaging<br>Georgetown University Medical Center<br>37th and O Street, NW<br>Washington, DC 20057 |
| 7/1/91 to 6/30/95 | Residency in Diagnostic Radiology<br>Medical College of Virginia<br>401 North 12th Street<br>Richmond, VA 23294 |
| 7/1/91 to 6/30/92 | Internship in Diagnostic Radiology<br>Medical College of Virginia<br>401 North 12th Street<br>Richmond, VA 23294 |
| 9/1/87 to 6/30/91 | Doctor of Medicine<br>Medical College of Virginia<br>401 North 12th Street<br>Richmond, VA 23294 |
| 7/1980 to 6/1984 | B.A.<br>University of Virginia<br>Charlottesville, VA |

BOARD CERTIFICATION:

American Board of Radiology 6/7/95

SPECIALTY: Musculoskeletal and MRI Imaging

AFFILIATIONS: American Society of Neuroradiology
American Medical Associations
American College of Radiology

EliteRAD Radiology Services, Inc.
5840 Red Bug Lake Road, Ste 185, Winter Springs, FL 32708
Phone 407-699-1100    Fax 407-699-1108



# Curriculum Vitae
## EliteRAD Radiology Service, Inc.

EMPLOYMENT:

| | |
|---|---|
| 6/04 to Present | EliteRAD Radiology Services<br>President<br>5840 Red Bug Lake Road Ste. 185<br>Winter Springs, FL 32708 |
| 1/17 to 10/19 | Allegiance Radiology, LLC<br>Chairman and Medical Director<br>Atlanta, GA |
| 1/11 to 04/13 | Florida Radiology Centers<br>President, Medical Director<br>483 North Semoran Blvd., Ste 104<br>Winter Park, FL 32792 |
| 4/03 to 6/04 | Central Florida Radiology, Inc./ Drew Medical, Inc.<br>Radiologist, Medical Director, and Chairman<br>7208 Sand Lake Road Ste. 300<br>Orlando, FL 32819 |
| 9/00 to 3/03 | Chesapeake Radiologist Limited<br>Chesapeake General Hospital<br>Radiologist<br>736 North Battlefield Blvd.<br>Chesapeake, VA 23320<br>Guest Speaker, Siemens Medical Systems |
| 7/96 to 9/00 | Medical Center Radiology Group<br>20 W. Kaley Street<br>Orlando, FL 32806<br>Medical Director, Oviedo Outpatient Center, Dept of Rad, 99-00<br>Director of CT, ORMC Hospital Systems, 99-00<br>Member of Policy and Planning Committee for MD Anderson Cancer, 99-00<br>Medical Director, Kissimmee Outpatient Diagnostic Imaging Center, 97-98 |

EliteRAD Radiology Services, Inc.
5840 Red Bug Lake Road, Ste 185, Winter Springs, FL 32708
Phone 407-699-1100    Fax 407-699-1108



# Curriculum Vitae
EliteRAD Radiology Service, Inc.

OTHER APPOINTMENTS:

| | |
|---|---|
| 9/08 to present | Lecturer in Radiology |
| | University of Central Florida |
| | Department of Physical Therapy |
| | 4000 Central Florida Blvd |
| | Orlando, Florida 32816 |

EliteRAD Radiology Services, Inc.
5840 Red Bug Lake Road, Ste 185, Winter Springs, FL 32708
Phone 407-699-1100    Fax 407-699-1108

