UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SCHARON FLUITT,

    Plaintiff,

v.                                                      Case No: 5:20-cv-173-SPC-PRL

DOLLAR TREE STORES, INC.,

    Defendant.

### ORDER

This matter is before the Court on Plaintiff's motion to compel the deposition of non-party witness, James Robbins. (Doc. 57). Plaintiff asserts that she served Mr. Robbins with a subpoena to appear for deposition scheduled for October 27, 2021, but that he did not appear. Now, Plaintiff asks the Court to compel Mr. Robbins to appear at the Hancock County Courthouse in Sparta, Georgia, where he resides.

Upon due consideration, Plaintiff's motion (Doc. 57) is **GRANTED** to the extent that Mr. Robbins shall appear for his deposition as directed by subpoena and that his deposition shall be conducted by the close of business on **November 23, 2021**. All other case deadlines remain unchanged.

**DONE** and **ORDERED** in Ocala, Florida on November 15, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties